IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAWRENCE ROBINSON                                                                PETITIONER

v.                                       NO. 2:08CV00013 SWW

TIMOTHY OUTLAW, Warden, FCI                                                 RESPONDENT
Forrest City, Arkansas

## ORDER

The Court has received findings and a recommendation from Magistrate Judge H. David Young. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Lawrence Robinson is dismissed; all requested relief is denied. Judgment will be entered for respondent Timothy Outlaw.

IT IS SO ORDERED this 23rd day of May, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE